**STATE of Missouri,
Plaintiff-Respondent,**

**v.**

**James JOHNSON, a/k/a Sherman
Carter, Defendant-Appellant.**

No. 50593.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 27, 1987.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
April 24, 1987.

Lia Nower, Asst. Public Defender, St. Charles, for defendant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

James Johnson appeals from his conviction in a jury tried case of felony stealing in violation of § 570.030 RSMo 1986. Defendant was found to be a prior and persistent offender, § 558.016 RSMo 1986, and was sentenced to fifteen years in the Missouri Department of Corrections. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).